# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Valentino Rossi

                              Plaintiff,

v.                                                                   Case No.: 1:20−cv−04828
                                                                       Honorable Thomas M. Durkin

195mph Limited, et al.

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, November 30, 2020:

      MINUTE entry before the Honorable Thomas M. Durkin: Pursuant to notice of voluntary dismissal, this action is dismissed without prejudice. Each party shall bear its own attorney's fees and costs. Civil case terminated. Mailed notice. (ecw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.